# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Shawn DeWeese,

        Plaintiff,      :      Case No. 3:09-cv-57

- vs -      :      District Judge Walter Herbert Rice
                                                  Magistrate Judge Michael R. Merz

Big O Tires, LLC, et al.      :

        Defendants.      :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Remand is DENIED.

April 29, 2009.

                                                    Walter Herbert Rice
                                                    United States District Judge