# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Shawn DeWeese,

        Plaintiff,   :   Case No. 3:09-cv-57

- vs -   :   District Judge Walter Herbert Rice
                                Magistrate Judge Michael R. Merz

Big O Tires, LLC, et al.   :

        Defendants.   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Judgment Entry of Default is VACATED and Plaintiff is hereby required to proceed as provided in Fed. R. Civ. P. 55.

April 29, 2009.

                                                     Walter Herbert Rice
                                                     United States District Judge